UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) NO. 20-mj-2336 |
| | ) JUDGE FRENSLEY |
| CALEB D. JORDAN | ) ) |

ORDER

The Affidavit of Complaint, which contains information concerning the sexual exploitation of minor(s), is hereby placed under seal in accordance with 18 U.S.C. § 3509(d). Disclosure will be permitted to defendant's counsel pursuant to an early disclosure agreement, Fed.R.Crim.P. 16, once the warrant has been served. The Warrant is hereby placed under seal until it is served on the defendant.

So ORDERED this 18th day of April 2020.

JEFFERY S. FRENSLEY
U. S. MAGISTRATE JUDGE